No. 92–6849. BETKA *v.* A–T INDUSTRIES, INC., ET AL. Sup. Ct. Ore.; and

No. 92–6944. RESTREPO ET AL. *v.* FIRST NATIONAL BANK OF DONA ANA COUNTY, NEW MEXICO. C. A. 5th Cir. Motions of

petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until March 15, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petitions for writs of certiorari.